# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY ADAMITIS,

   Plaintiff,

      v.

BOROUGH OF DICKSON CITY, *et al.*,

   Defendants.

NO. 3:16-CV0497

(JUDGE CAPUTO)

## ORDER

**NOW**, this 14th day of November, 2017, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 20) filed by Defendants Borough of Dickson City, Michael Fedorka, Robert Hall, Rose Louryk, Rick Cesari, Jack Horvath, Jeffrey Kovaleksi, and Barbara Mecca is **GRANTED as follows**:

   (A) The First Amendment claims in Counts I & II of Plaintiff's Second Amended Complaint are **DISMISSED without prejudice**.

   (B) Plaintiff's state law claim in Count III of Plaintiff's Second Amended Complaint is **DISMISSED without prejudice**.

(2) Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file a Third Amended Complaint to properly plead his retaliation claims (Counts I & II); otherwise, those claims will be **dismissed with prejudice**.

                                       /s/ A. Richard Caputo
                                       A. Richard Caputo
                                       United States District Judge